# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Carl Gene Welch,                           * From the 266th District
                                              Court of Erath County,
                                              Trial Court No. CV-31,757.

Vs. No. 11-13-00137-CV                     * August 15, 2013

Racheal Amber Welch,                       * Per Curiam Memorandum Opinion
                                              (Panel consists of: Wright, C.J.,
                                              McCall, J., and Willson, J.)

This court has considered Carl Gene Welch's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Carl Gene Welch.